IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JONNA BLOODWORTH**                                                                                    **PLAINTIFF**

VS.                              CASE NO. 4:11CV000141 JMM

**DEVELOPERS DIVERSIFIED REALTY CORP.**                                      **DEFENDANT**

### ORDER

Based upon Plaintiff's Notice of Voluntary Dismissal filed pursuant to Federal Rule of Procedure 41(a)(1), the complaint filed in the above styled case is dismissed without prejudice (#8).  The Clerk of the Court is directed to make the appropriate entries into the docket reflecting the dismissal of the complaint and that the case is closed.

IT IS SO ORDERED this   6   day of April, 2011.

James M. Moody
United States District Judge